FILED

SEP 1 5 2023

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRINITY CHELLIE KILSON,<br><br>Defendant. | Case No.: 23CR1824-TWR<br><br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the Government, pursuant to Federal Rule of Criminal Procedure 48, IT IS HEREBY ORDERED that the Information against TRINITY CHELLIE KILSON in this case is dismissed without prejudice.

SO ORDERED.

DATED: 9/15/23

_____
HONORABLE TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE